**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MILTON DANIEL LOPEZ-BONILLA,<br>aka "Jose Guadalupe Valazquez-Lopez,"<br>aka "Luis Daniel Rodriguez,"<br>aka "Jose Angel Diaz,"<br>aka "Jose Angel Robledo,"<br>aka "Marvin Daniel Lopez-Bonilla,"<br><br>Defendant. | Case No. 2:26-mj-000652-EJY<br><br>~~**[Proposed]**~~ **Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on the _16th_ day of September, 2026 at the hour of _4__ p.m., be vacated and continued to December 21, 2026 at the hour of 4 p.m.

DATED this 11 day of September, 2026.

HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE