**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MILTON DANIEL LOPEZ-BONILLA,<br>aka "Jose Guadalupe Valazquez-Lopez,"<br>aka "Luis Daniel Rodriguez,"<br>aka "Jose Angel Diaz,"<br>aka "Jose Angel Robledo,"<br>aka "Marvin Daniel Lopez-Bonilla,"<br><br>Defendant. | Case No. 2:26-mj-000652-EJY<br><br>**Order Directing Probation to Prepare a Criminal History Report ~~[Proposed]~~** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 11 day of September, 2026.

Elayna J. Youchah

HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE